■ JOHN RICHMOND, Appellant, v BMC INDUSTRIES, INC., et al., Respondents and Third-Party Plaintiffs. ASSOCIATED MAINTENANCE CORP., Third-Party Defendant-Respondent. [641 NYS2d 773] —Order unanimously affirmed without costs. Memoran-

dum: Supreme Court properly granted the cross motions of defendants and third-party defendant for summary judgment dismissing the complaint. The record establishes that plaintiff was a special employee of defendant Buckbee-Mears as a matter of law (*see, Thompson v Grumman Aerospace Corp.,* 78 NY2d 553, 557-558; *Jeffords v Professional Bldrs./Remodelers Group,* 186 AD2d 989; *Lesanti v Harmac Indus.,* 175 AD2d 664) and the acceptance by plaintiff of workers' compensation benefits as an employee of his general employer precludes him from bringing this Labor Law action against defendants (*see, Degruchy v Xerox Corp.,* 188 AD2d 1003). (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.—Labor Law.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.